CLERK, Court of Criminal Appeals of Texas    Re: a Copy of the Local Rules
Supreme Court Building                        Shad Modesett #491399
201 West 14th Street, Rm.106                  200 N. Comal
Austin, Texas 78711                           San Antonio, Texas 78207
                                                    November 29, 2015
To the Honorable Clerk,

    Can you please send me a copy of the local
rules of the Court of Criminal Appeals of Texas
as required when requested in the Texas Rules
of Appellate Procedure;
    I can be reached at:
    Shad Modesett
    S.I.D. No. 491399
    200 N. Comal
San Antonio, Texas  78207-3505


                                    Sincerely,
                                    Shad Modesett

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 08 2015

Abel Acosta, Clerk